

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

RTS

U.S. POSTAGE >> PITNEY BOWES
ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG. 06. 2015

7/29/2015
HAWKINS, QUINCY DALEON  Tr. Ct. No. W11-17596-R (A)      WR-83,519-01
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

Discharged

QUINCY DALEON HAWKINS
1899651